**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nikoli Waters                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 16-13985 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
05 Apr 2021, 15:50:06, EDT

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322