Certificate Number: 12433-PAE-DE-035735895

Bankruptcy Case Number: 16-13985



12433-PAE-DE-035735895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2021, at 8:46 o'clock AM EDT, Nikoli Waters completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 7, 2021              By:    /s/Candace Jones

                                  Name:  Candace Jones

                                  Title: Counselor