United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nikoli Waters  
    Debtor

Case No. 16-13985-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 15, 2021      Form ID: 138NEW      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nikoli Waters, 501 Crystal Lane, Norristown, PA 19403-2980 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Northridge Estates Condominium Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 13738883 | + | Aes/Goal Financial, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13738885 | + | Blmdsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 13738886 | + | Bsi Financial Services, 314 S Franklin St, Titusville, PA 16354-2168 |
| 13949609 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13970049 | | Fay Servicing LLC, P.O. Box 814609, Dalla, TX 75381-4609 |
| 13878070 | + | Fay Servicing, LLC, 440 S. LaSalle Street,, Suite 2000, Chicago, IL 60605-5011 |
| 13763324 | + | Goal Structured Sol, American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 13763323 | + | Goal Structured Sol, PHEAA, PO Box 8183, Harrisburg, PA 17105-8183 |
| 14591648 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14572204 | | Goldman Sachs Mortgage Company, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14596916 | + | Goldman Sachs Mortgage Company, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13738890 | + | Marcus & Hoffman PC, 326 West State Street, Media, PA 19063-3862 |
| 13738892 | + | Northridge Estates Condominium Assoc, C/O Robert J. Hoffman, Esq., 326 West State Street, Media, PA 19063-3861 |
| 13772484 | + | Ventures Trust 2013-I-H-R by MCM Capital Partners,, 7500 Old Georgetown Road, Suite 1350, Bethesda, MD 20814-6240 |
| 14227878 | | WSFS, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13875265 | + | WSFS FSB, c/o Jamie D. Hanawalt, Aldridge Pite LLP, 4375 Jutland Dr., Ste. 200, PO Box 17933 San Diego, CA 92177-7921 |
| 14262576 | + | Wilmington Savings Fund Society, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 15 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 15 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13738884 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 15 2021 23:26:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13738887 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 138NEW | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 15 2021 23:37:52 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13760635 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 23:37:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13781042 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2021 23:26:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13738889 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2021 23:26:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 13777473 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2021 23:37:55 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 13738891 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 23:26:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13739130 | + | Email/Text: mstranen@marcushoffman.com | Oct 15 2021 23:26:58 | Northridge Estates Condominium Association, c/o Michelle J. Stranen, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 13738893 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 23:37:58 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13738896 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 15 2021 23:37:52 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 13748545 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 15 2021 23:37:52 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Goldman Sachs Mortgage Company, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13738888 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13738894 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13738895 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| cr | ##+ | Fay Servicing, LLC, 3000 Kellway Dr,Ste 150, Carrollton, TX 75006-3357 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2021        Signature:    /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 15, 2021 | Form ID: 138NEW | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Nikoli Waters dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY et.al. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor GS Mortgage-Backed Securities Trust 2021-RPL1 bkgroup@kmllawgroup.com |
| ROBERT J. HOFFMAN | on behalf of Creditor Northridge Estates Condominium Association collections@marcushoffman.com |
| THOMAS SONG | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nikoli Waters
       Debtor(s)                                Bankruptcy No: 16−13985−elf
                                                Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                            Timothy B. McGrath
                                                                                 Clerk of Court

Dated: 10/15/21

                                                                                                                            92 − 91
                                                                                                                Form 138_new